ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO.   3-20-cv-385-DJH

**Removed from Jefferson Circuit Court, Division 12, Action No. 20-CI-002892**

| | |
|---|---|
| **KATRICE GILL** ) | |
| ) | |
|     **PLAINTIFF** ) | |
| ) | |
| v. ) | **NOTICE OF REMOVAL** |
| ) | |
| **SUMMERFIELD REALTY, LLC,** *et al.* ) | |
| ) | |
|     **DEFENDANTS** ) | |

***** ***** *****

Defendants, Summerfield Realty, LLC ("Summerfield"), Lori Reese ("Reese"), and Joanny Steier-Mendoza ("Steier-Mendoza") (collectively "Defendants"), by counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446 states as follows:

1. This action was commenced and is now pending in the Jefferson Circuit Court (KY), Division 12, Civil Action No. 20-CI-002892, in which Katrice Gill is the Plaintiff and Summerfield, Reese, and Steier-Mendoza are the Defendants.

2. Plaintiff's Complaint asserts a claim for alleged violations of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act, 15 U.S.C. 9058, and a state law claim for violations of Kentucky Consumer Protection Act, KRS Chapter 367, *et seq*.

3. Because Plaintiff's Complaint asserts a cause of action arising under the laws of the United States, this action is one to which this District Court of the United States is granted original jurisdiction pursuant to 28 U.S.C. §1331. This Court has supplemental jurisdiction over Plaintiff's alleged state claims pursuant to 28 U.S.C. §1367 and 28 U.S.C. §1441.

4. The Louisville Division of this Court is the proper jury division for this removal because Plaintiff asserts that a substantial part of the alleged acts or omissions giving rise to this cause of action occurred in the Louisville Division. *See* LR 3.2(a)(1); 3.1(b)(1); 3.1(d).

5. This Notice of Removal is timely filed in this Court within 30 days of Defendant Steier-Mendoza receiving a copy of the initial pleading setting forth the claim for relief upon which this action is based, which she received on May 13, 2020. Additionally, this Notice of Removal is timely filed within one year of the commencement of this action in Jefferson Circuit Court.

6. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law.

7. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Jefferson Circuit Court as provided by law.

8. As required by 28 USC §1446(a), Defendant has attached as Exhibit 1 copies of all state court process and pleadings filed in this action.

WHEREFORE, notice is given that this action is properly removed from the Jefferson County, Kentucky Circuit Court to this Court for all further proceedings and trial.

    Respectfully submitted,

    */s/ Loren T. Prizant*
    Mark S. Fenzel
    mfenzel@middletonlaw.com
    Loren T. Prizant
    lprizant@middletonlaw.com
    MIDDLETON REUTLINGER
    401 South Fourth Street – Suite 2600
    Louisville, Kentucky 40202
    (502) 584-1135
    Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I electronically filed the foregoing Notice of Removal with the Clerk of the Court by using the CM/ECF system. I hereby certify that on June 3, 2020, a copy of the foregoing was served upon the following by email and/or first class mail, postage prepaid:

Ben Carter
Kentucky Equal Justice Center
222 S. First Street, Ste. 305
Louisville, KY 40202
502-303-4062
ben@kyequaljustice.org.com
*Counsel for Plaintiff*

/s/Loren T. Prizant
Counsel for Defendants