UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KATRICE GILL,                                                                      Plaintiff,

v.                                              Civil Action No. 3:20-cv-385-DJH

SUMMERFIELD REALTY, LLC et al.,                            Defendants.

\* \* \* \* \*

## **ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 9) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket.